IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CASE NO. **5-22CR0099-H** |
| J. NICHOLAS BRYANT | § § § | |

2022 NOV -1 PM 10: 51

DEPUTY CLERK _____

## NOTICE REGARDING ENTRY OF A PLEA OF GUILTY

In the event the Defendant decides at any time before trial to enter a plea of guilty, the United States Magistrate Judge is authorized, in accordance with *United States v. Dees*, 125 F.3d 261 (5th Cir. 1997), with the consent of the Defendant, to conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure, incident to the making of the plea. If, after conducting such proceedings, the Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32 of the Federal Rules of Criminal Procedure. The assigned United States District Judge will then act on the Magistrate Judge=s Report and Recommendation and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement and will determine and impose sentence. The Defendant may file written objections to the Magistrate Judge=s recommendation within 14 days from the date of the recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

### CONSENT

I hereby declare my intention to enter a plea of guilty in the above case and I request and consent to the United States Magistrate Judge conducting the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such plea. I understand that if my plea of guilty is then accepted by the District Judge, the District Judge will decide whether to accept or reject any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

I acknowledge receipt of this document, given to me on this date.

Date: 10/26/2022

_____   _____
Defendant                                              David Sloan, Defendant's Attorney