UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK
2022 NOV -9 AM 11:56
DEPUTY CLERK: _____

| | |
|---|---|
| JUDGE: D. GORDON BRYANT, JR. | |
| DEPUTY CLERK: ZZERTUCHE | COURT REPORTER/TAPE NO: FTR - DIGITAL |
| LAW CLERK: N/A | USPO/PTSO: ROMERO |
| INTERPRETER: N/A | COURT TIME: 10 MINS |
| DIVISION HELD: Lubbock | DATE: Nov 9, 2022   TIME: 9:46 - 9:56 AM |

CR. NO. 5:22-CR-099-BQ          DEFT 1

UNITED STATES OF AMERICA          §   ANN HOWEY _____, AUSA

V.

J. NICHOLAS BRYANT                §   DAVID SLOAN                 F

DEFENDANT(S) NAME(S) AND NUMBER(S)   §   COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

_X_ INITIAL APPEARANCE  ___ IDENTITY  ___ BOND HEARING  ___ PRELIMINARY HEARING
___ DETENTION HEARING  ___ COUNSEL DETERMINATION HEARING  ___ REMOVAL HEARING  ___ EXTRADITION HEARING
___ HEARING CONTINUED ON _____ CASE NO. _____ ___ OTHER DISTRICT ___ DIVISION
_X_ DATE OF FEDERAL ARREST/CUSTODY: _____ ___ SURRENDER 11/09/22 ___ RULE 5/32 _X_ APPEARED ON WRIT
_X_ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ___ PROBATION/SUPERVISED RELEASE VIOLATOR
_X_ DEFT FIRST APPEARANCE WITH COUNSEL.
_X_ DEFT ___ MW (MATERIAL WITNESS) _____ APPEARED _X_ WITH ___ WITHOUT COUNSEL
___ REQUESTS APPOINTED COUNSEL.
___ FINANCIAL AFFIDAVIT EXECUTED.
___ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
___ PRIVATE COUNSEL APPOINTED _____
___ DEFT HAS RETAINED COUNSEL _____
___ ARRAIGNMENT SET _____      ___ DETENTION HEARING SET _____
___ PRELIMINARY HEARING SET _____      ___ BOND HEARING SET _____
___ COUNSEL DETERMINATION HEARING SET _____
___ IDENTITY/REMOVAL HEARING SET _____
___ BOND ___ SET ___ REDUCED TO $ _____ ___ CASH ___ SURETY ___ 10% ___ PR ___ UNS ___ 3RD PTY ___ MW
___ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
___ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
_X_ ORDER OF DETENTION PENDING TRIAL ENTERED.
___ DEFT ADVISED OF CONDITIONS OF RELEASE.
___ BOND EXECUTED ___ DEFT ___ MW RELEASED ___ STATE AUTHORITIES ___ INS
_X_ DEFT ___ MW _X_ REMANDED TO CUSTODY.
___ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
___ WAIVER OF ___ PRELIMINARY HEARING ___ RULE 5/32 HEARING ___ DETENTION HEARING
___ COURT FINDS PROBABLE CAUSE ___ ID ___ PC.
___ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
___ DEFENSE COUNSEL ADVISED RIGHT
_X_ ~~GOVERNMENT~~ TO NOTIFY FOREIGN CONSULAR NOT NECESSARY
REMARKS: Fed. R. Crim. P. 5(f)(1) Oral Order Issued. Written Order to Follow.