AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5-22CR0099-H |
| J. NICHOLAS BRYANT | ) | |
| *Defendant* | ) | |

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

2022 NOV -9 AM 11: 57

DEPUTY CLERK _____

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/20/22

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

David Sloan
_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

D. Gordon Bryant, Jr., United States Magistrate Judge
*Judge's printed name and title*