# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

HONORABLE: D. GORDON BRYANT, JR.          PRESIDING
DEPUTY CLERK: ZZERTUCHE                   COURT REPORTER/TAPE NUMBER: FTR - DIGITAL
LAW CLERK: N/A                            USPO: ROMERO
INTERPRETER: N/A                          Date: Nov 9, 2022

Cr. No. 5:22-CR-099-H-BQ                  DEFT. No. 1

UNITED STATES OF AMERICA §
V.                       §   ANN HOWEY                    , AUSA
                         §
J. NICHOLAS BRYANT       §   DAVID SLOAN   (F)
Defendant's Name         §   Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## GUILTY PLEA AT ARRAIGNMENT

Time in Court: 16 MINS  (9:56 - 10:12 am)

Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty  ☒ None

Days in Trial: _____
Hearing Concluded: ☐ Yes  ☐ No

☒ Defendant SWORN.
☐ Arraignment  ☒ Rearraignment – Held on count(s) 1
  of the 1 count(s)  ☐ Indictment  ☒ Information  ☐ Superseding Indictment  ☐ Complaint
                                                                              ☐ Superseding Information
☐ Sentencing Guidelines
☒ Deft enters a plea of  ☐ Not Guilty  ☒ Guilty  ☐ Nolo
☐ Waiver of Jury Trial
☒ Waiver of Indictment filed
☒ Plea Agreement accepted  ☐ Court defers acceptance of Plea Agreement
☒ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement
☐ Plea Agreement included with Factual Resume.
☒ Factual Resume filed.
☐ Sentencing set  Date: _____  Time: _____
☐ Trial set for  Date: _____  Time: _____
  Pretrial motions due: _____  Discovery motions/Government Responses due: _____
☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed.  PSI due: _____  Pre-sentence Referral Form to: _____
☐ Deft Bond  ☐ Set  ☐ reduced to $_____  ☐ Cash  ☐ Surety  ☐ 10%  ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond  ☒ continued  ☐ forfeited
☒ Deft Custody/Detention continued.
☒ Deft REMANDED to custody.
☐ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.

OTHER PROCEEDINGS: Magistrate Judge recommends Guilty Plea be Accepted; Report and Recommendation to be Entered; 14 days to Object.