IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO.  5:22-CR-099-H |
| § | |
| J. NICHOLAS BRYANT § | |

## NOTICE OF APPEAL

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant J. NICHOLAS BRYANT hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction and sentence in this case, which judgment was signed on March 9, 2023 and entered on the docket on March 9, 2023.

Respectfully submitted,

**JASON D. HAWKINS**
**Federal Public Defender**
**Northern District of Texas,**

*/s/David Sloan*
David Sloan
Assistant Federal Public Defender
Bar No.  18503150
Federal Public Defender's Office
1205 Texas Avenue, Room 507
Lubbock, Texas  79401
Telephone:  (806) 472-7236
Fax:  (806) 472-7241
E-mail: david_sloan@fd.org

Attorney for Defendant

## CERTIFICATE OF SERVICE

I David Sloan, certify that on the   14th   day of   March  , 2023, a copy of the foregoing was filed through the Electronic Case Filing ("ECF") System.  Pursuant to Rule 9 of Miscellaneous Order No. 61, this constitutes service of this document to the United States Attorney for the Northern District of Texas, who is an ECF user.

*/s/ David Sloan*
David Sloan
Assistant Federal Public Defender