UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL ACTION NO.<br>5:22-CR-00099-H-BQ(1) |
| J. NICHOLAS BRYANT | § § | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant J. NICHOLAS BRYANT hereby notifies this Court of the substitution of counsel on the above-captioned matter. ADAM NICHOLSON, Assistant Federal Public Defender, will be substituted as counsel of record in place of DAVID E. SLOAN, Assistant Federal Public Defender, who was originally assigned to handle this case.

Respectfully submitted,

/s/ Adam Nicholson
ADAM NICHOLSON
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 24097045
525 Griffin Street, Suite 629
Dallas, Texas 75202
Phone (214) 767-2746
Fax (214) 767-2886
adam_nicholson@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to counsel of record who have consented in writing to accept this notice as service of this document by electronic means.

                                                */s/ Adam Nicholson*  
                                                ADAM NICHOLSON